UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | * | |
|    MICHAEL L. DEMELO | * | CHAPTER 13 |
| | * | CASE No. 15-12607-FJB |
| | * | |
|    Debtor | * | |

## NOTICE OF SPECIAL APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2002 and Bankruptcy Court for the District of Massachusetts Local Rule 9010-1(c), Raymond C. Pelote of Wynn & Wynn, P.C., hereby appears in the above-captioned case as special counsel for the Debtor, Michael L. DeMelo, for the limited purpose of the matter involving the real property located at 98 Watuppa Road, Westport, Massachusetts and requests that Notices of matters relating to the real property located at 98 Watuppa Road, Westport, Massachusetts in the case be served upon his attorneys as follows: Wynn & Wynn, P.C., <u>Attention</u>: Raymond C. Pelote, Esquire, 90 New State Highway, Raynham, Massachusetts 02767.

Request is hereby also made for service of copies of all pleadings, including but not limited to Motions, Orders, and Notices of all hearings or other proceedings, relating to the real property located at 98 Watuppa Road, Westport, Massachusetts and any issue which may be raised regarding said property in the above-captioned case.

                                            Michael L. DeMelo
                                            By his attorneys,
                                            WYNN & WYNN, P.C.
                                            /s/ Raymond C. Pelote
                                            Raymond C. Pelote, BBO #655475
                                            90 New State Highway
                                            Raynham, MA   02767
                                            Tel. No. (508) 823-4567
                                            rpelote@wynnandwynn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                  *
    MICHAEL L. DEMELO        *        CHAPTER 13
                                        *        CASE No. 15-12607-FJB
                                        *
    Debtor                      *

**CERTIFICATE OF SERVICE**

    I, Raymond C. Pelote, Esquire, state that on July 9, 2019, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002** with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Carolyn Bankowski-13-12
Joseph G. Foley
John Fitzgerald
Richard T. Mulligan
Joshua Ryan-Polczinski
Jason Giguere
James Southard
John B. O'Donnell

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

None.

                                                     /s/ Raymond C. Pelote
                                                     Raymond C. Pelote BBO #655475